UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA LAMOTHE | CIVIL ACTION |
| VERSUS | NO: 22-03718 |
| STATE FARM FIRE & CASUALTY COMPANY, et al. | SECTION: T (2) |

## ORDER

Before the Court is Defendants' "Ex Parte/Consent" Motion to Set Aside (R. Doc. 15) Plaintiff's Ex Parte Motion for Entry of Default (R. Doc. 12). However, there is no indication in Defendants' Motion that it is unopposed or consented to by Plaintiff. Furthermore, the case cited in Defendants' Motion to Set Aside, *Mason & Hanger-Silas Mason Co., Inc. v. Metal Trades Counsel of Amarillo, Texas and Vicinity, AFL-CIO*, 726 F.2d 166, 168 (5th Cir. 1984), does not precisely stand for the proposition that the mere filing of the answer before entry of default precludes the court from entering a default. Instead, the Fifth Circuit's *per curiam* opinion simply explains that it is within the court's discretion to decline to enter the default. The Fifth Circuit went on to find the appellant had not demonstrated any prejudice and, thus, the district court's denial of the requested default was within its discretion.

Here, the Court has not yet ruled on Plaintiff's Motion for Entry of Default. Because Defendants' Motion to set aside is filed pursuant to Fed. R. Civ. P. 55(c), Defendants must still show "good cause" for the Court to grant the relief requested. That is, unless Plaintiff does not oppose the Motion. Furthermore, Defendants' Motion does not attempt to state any basis for a finding of good cause.

1

Nevertheless, Plaintiff has had two weeks from the filing of Defendants' Motion in which to indicate whether she opposes Defendants' Motion to Set Aside her Motion for Entry of Default. Because she appears to have no objection to the Motion to Set Aside, and the Court can discern no prejudice to Plaintiff on the record as it now stands, the Court will GRANT the Motion to Set Aside the Motion for Entry of Default. Accordingly,

**IT IS ORDERED** that the Motion to Set Aside (R. Doc. 15) the Motion for Entry of Default is hereby GRANTED.

**IT IS FURTHER ORDERED** that the Motion for Entry of Default (R. Doc. 12) is hereby DISMISSED.

New Orleans, Louisiana, this 17th day of March 2023.

                                          _____
                                                    GREG GERARD GUIDRY
                                          UNITED STATES DISTRICT JUDGE